FILED
CHARLOTTE, NC
DEC 0 1 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

ORDER FOR SELECTION )
OF 2011 GRAND JURORS )  Misc. No. 3:10 mc 159
FOR CHARLOTTE DIVISION )

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Charlotte master jury wheel 125 names and draw from the Statesville master jury wheel 125 names for the service as 2011 GRAND JURORS for the United States District Court, Western District of North Carolina, Charlotte Division. The first appearance of these Grand Jurors is scheduled for Tuesday, January 18, 2011, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including twelve regular terms of court convening on January 18, 2011; February 15, 2011; March 15, 2011; April 19, 2011; May 17, 2011; June 21, 2011; July 19, 2011; August 16, 2011; September 20, 2011; October 18, 2011; November 15, 2011; and December 13, 2011; and any additional sessions or dates which may be required.

This the 14 day of November, 2010.

Robert J. Conrad, Jr.
Chief United States District Court Judge