

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISC. NO. 3:10MC159-RJC - UNDER SEAL

FILED
CHARLOTTE, NC

MAR 31 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN RE: )
)
DISMISSAL OF 2011 GRAND JUROR ) ORDER
)
_____ )

Upon the Court's own motion and with consent of the United States Attorney's Office, grand juror Dwight G. Gardner is hereby dismissed from the remainder of the 2011 Grand Jury sessions. Mr. Gardner has gained employment in Dallas, Texas and is currently in the process of relocating to the state of Texas.

An alternate will be selected to replace Mr. Gardner at the April, 2011, session.

SO ORDERED This 25 day of March, 2011

Robert J. Conrad, Jr.
Chief, U.S. District Court Judge