UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

JUN 6 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| IN RE: GRAND JURY PROCEEDINGS ) | DOCKET NO. 3:10MC159 |
| ) | |
| GRAND JURY NO. 1 OF THE WESTERN ) | ***EX PARTE* ORDER TO EXTEND** |
| DISTRICT OF NORTH CAROLINA ) | |
| EMPANELED ON JANUARY 18, 2011 ) | **UNDER SEAL** |
| ) | |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, the United States Attorney for the Western District of North Carolina, filed May 11, 2012, moving this Court to extend the Charlotte grand jury empaneled on January 18, 2011, for an additional period of six months, and for good cause shown,

**IT IS HEREBY ORDERED** that the panel of grand jurors empaneled in Charlotte, North Charlotte, on January 18, 2011, be extended for an additional period of six months.

**IT IS ALSO ORDERED** that this order and all related pleadings be filed **UNDER SEAL**.

This the 6 day of June, 2012.

/s/ Robert J. Conrad
ROBERT J. CONRAD, JR.
CHIEF UNITED STATES DISTRICT JUDGE